```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTIAN SANCHEZ,                                                     :
                                                                       :
                           Plaintiff,                                  :
                                                                       :         21-cv-1795 (LJL)
               -v-                                                     :
                                                                       :              ORDER
UNIVERSAL COIN & BULLION, LTD.,                                        :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties are in the process of finalizing a confidential settlement agreement in this case. The parties have requested that the Court stay this case and adjourn all deadlines and conferences.

The parties' request is granted in part and denied in part. The Court will not grant an indefinite stay. The parties are directed to file either a stipulation of dismissal or a status report thirty (30) days from the entry of this Order. If a stipulation of settlement is not filed within 30 days, the parties will be required to show good cause why a further stay should be allowed and why it would not be sufficient and the proper exercise of judicial authority to require the parties either to continue to litigate or, if they with to settle with a confidential settlement document, to remit them to their rights under that settlement document if the terms are not satisfied.

The Clerk of Court is respectfully directed to stay this case for thirty (30) days and to adjourn all pending deadlines and conferences by thirty (30) days.

SO ORDERED.

Dated: November 8, 2021
       New York, New York                               _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge